

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Office of
General Counsel

June 12, 2023

Molly Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      RE:    *EEOC v. Activision Blizzard, Inc., et al.*, Nos. 22-55060, 22-55587

Dear Ms. Dwyer:

      We respond to the Rule 28(j) letter of Appellant California Department of Fair Employment and Housing [Civil Rights Department, or "CRD"], filed on June 12, 2023. CRD's letter states: "it appears that, for some claimants, the deadline to accept the monetary allocations determined by EEOC has not yet passed. After being fully informed of their rights and the details of CRD's ongoing litigation, remaining claimants could have the opportunity to sign or not sign. . . ."

      EEOC wishes to clarify the current status of the claims process. In fact, the deadline *has* passed for all claimants to decide whether or not to accept the monetary allocations. All money has been distributed to the claimants who chose to accept the award.

      EEOC is prepared to further discuss, during oral argument, the two issues identified by this Court in the Order dated June 2, 2023, namely: (1) the current status of implementation of the consent decree; and (2) whether any effective relief can be granted in this case.

                                          Sincerely,

                                          s/ *Chelsea C. Sharon*

                                          Chelsea C. Sharon
                                          Attorney, Appellate Litigation Services
                                          (202) 921-2889
                                          chelsea.sharon@eeoc.gov