# Exhibit A

Electronically Received 12/20/2023 11:52 PM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**
Superior Court of California
County of Los Angeles

**01/17/2024**

David W. Slayton, Executive Officer / Clerk of Court

By: _____ C. Wilson _____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| CALIFORNIA CIVIL RIGHTS DEPARTMENT, an agency of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., and ACTIVISION PUBLISHING, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 21STCV26571<br><br>[~~PROPOSED~~] **ORDER GRANTING ENTRY OF CONSENT DECREE**<br><br>Dept:      30<br>Judge:     Hon. Barbara M. Scheper<br><br>Action Filed:           July 20, 2021<br>FAC Filed:              August 23, 2021<br>Cross-Complaint Filed: January 23, 2023<br>Trial Date:             N/A |
| ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., and ACTIVISION PUBLISHING, INC.,<br><br>Cross-Complainants,<br><br>vs.<br><br>VOLT MANAGEMENT CORPORATION, TEKSYSTEMS, INC., CREATIVE CIRCLE, LLC, 120VC, GARY D. NELSON ASSOCIATES INC., INSIGHT GLOBAL LLC, WILLIAMS LEA INC., APEX SYSTEMS, LLC, MANPOWERGROUP GLOBAL INC., HAYS U.S. CORPORATION, EXPERIS US, INC., and CAREER GROUP, INC.,<br><br>Cross-Defendants. | |

[~~PROPOSED~~] ORDER GRANTING ENTRY OF CONSENT DECREE

1

**[PROPOSED] ORDER GRANTING ENTRY OF CONSENT DECREE BASED ON STIPULATION**

2

The Court has before it the Joint Stipulation for Entry of Consent Decree ("**Stipulation**").

3

As set forth in the Stipulation, Plaintiff California Civil Rights Department ("**CRD**") and

4

Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing,

5

Inc. (collectively, "**Activision Blizzard**" or **"Defendants"**) (together, the "**Parties**) have agreed

6

to fully and finally resolve this matter on mutually agreeable terms through a negotiated Consent

7

Decree that provides relief to defined workers and mutual benefits to the Parties.

8

Therefore, upon consideration of the terms of the Consent Decree, and in light of the

9

agreement of the Parties, information provided in the supporting declarations, and good cause

10

appearing therein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint

11

Stipulation for Entry of Consent Decree is hereby GRANTED, and:

12

      a. The Consent Decree's terms are fair, adequate, and reasonable, and conform to

13

          California law;

14

      b. The clerk shall enter this Order as a separate docket entry;

15

      c. ~~The clerk shall enter the signed Consent Decree, attached as Exhibit 1 to the~~

16

          ~~Joint Stipulation for Entry of Consent Decree, as a separate docket entry;~~

17

      d. ~~The signed Consent Decree shall have the effect of a Court order, and the~~

18

          ~~Parties shall be bound by its terms;~~

19

      e. Defendants shall provide the payments required by Section VII of the Consent

20

          Decree to the Settlement Administrator jointly selected by the Parties for the

21

          purpose of compensating the class of Eligible Covered Individuals as defined

22

          in Section VI of the Consent Decree;

23

      f. Defendants shall deposit the amount negotiated by the parties in satisfaction of

24

          CRD's claim for attorneys' fees and costs arising out of the Action, as set forth

25

          in Section XI of the Consent Decree, with the Settlement Administrator, which

26

          shall disburse the negotiated amount as follows:

27

28

[PROPOSED] ORDER GRANTING ENTRY OF CONSENT DECREE

1           a.  Via a wire or check payable to the California Civil Rights Department,

2              the amount of $|_____, and

3           b.  Via a wire or check payable to Outten & Golden LLP, the amount of

4              $_____.[1]

5        g.  The Court shall retain jurisdiction over the Consent Decree for a period of

6          three years from the date this Order is signed or as otherwise provided in the

7          Consent Decree;

8        h.  The Action shall remain stayed pending expiration of the Consent Decree; and

9        i.  Upon the expiration of the Consent Decree, this case shall be dismissed with

10         prejudice.

13   **IT IS SO ORDERED.**

15   DATED:   01/17/2024                      _____

16                                       HON. BARBARA M. SCHEPER
                                    Judge of the Superior Court

---

[1] CRD and Outten & Golden shall provide the Settlement Administrator with any additional information needed to disburse these payments.

- 3 -